UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARATHON PETROLEUM
COMPANY, L.L.C.,**

      Plaintiff,

                                                                    Civil No. **09-13804**
                                                                   Hon. John Feikens

      v.

**MIDWEST MARINE, INC., et al,**

      Defendants.

_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **7/9/2010,** and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is adopted and Plaintiff's Emergency Motion to Hold the Defendant in Contempt of Court is DENIED.


                                                      **s/John Feikens**
                                                      John Feikens
                                                      United States District Judge

Dated: July 28, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 28, 2010.

s/Carol Cohron
Deputy Clerk